Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00537-CV

Diego **GARCIA**,
Appellant

v.

Yolanda R. **GARCIA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-00319
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  June 6, 2012

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was due on August 9, 2011.  On August 10, 2011, this court ordered appellant to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.  On August 19, 2011, appellant filed a Declaration of Inability to Pay.  On October 17, 2011, the trial court filed findings of fact and conclusions of law in which the court determined the appeal is frivolous.

Although appellant may be indigent, because the trial court determined the appeal is frivolous, appellant is not entitled to a free record on appeal. On May 3, 2012, this court ordered appellant to show cause in writing why this appeal should not be dismissed for want of prosecution. Appellant has not responded; therefore, the appeal is dismissed for want of prosecution. TEX. R. APP. P. 37.3(b); 42.3(b), (c).


PER CURIAM